# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> JACKIE BABY HARRELL, <br> Defendant, | Case No. 18cr1292 JM <br><br> **ORDER GRANTING JOINT MOTION FOR CONTINUANCE** |

Good cause having been shown, IT IS HEREBY ORDERED that the Joint Motion for Continuance (Doc. No. 18) is hereby granted, and the Motion / Trial Setting hearing presently set for April 20, 2018, is continued to ***June 1, 2018 at 11:00 a.m.*** The parties agree that time is excluded in accordance with 18 U.S.C. § 3161.

The pending Motion to Shorten Time (Doc. No. 16) is denied as moot.

Dated: April 18, 2018

JEFFREY T. MILLER
U.S. District Judge

18cr1292